**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Haydale Ceramic Technologies, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | Advanced Ceramic Materials LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 58-1705799 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1446 South Buncombe Road | |
| Number    Street | Number    Street |
| | P.O. Box |
| Greer           SC    29651 | |
| City            State   ZIP Code | City            State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Greenville County | 515 Ops Bldg, 177 GA-515 E |
| County | Number    Street |
| | |
| | Blairsville       GA    30512 |
| | City            State   ZIP Code |

5. **Debtor's website** (URL)    www.haydalecuttingtools.com

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  **Haydale Ceramic Technologies, LLC**  Case number *(if known)*_____
_____Name_____

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

B. *Check all that apply:*
    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
    **3329**

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check **all** that apply*:

        ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

        ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No |
|---|---|---|

    ☐ Yes.  District _____  When _____  Case number _____
                            MM / DD / YYYY
          District _____  When _____  Case number _____
                            MM / DD / YYYY

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No |
|---|---|---|

    ☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                              MM / DD / YYYY
        Case number, if known _____

Debtor    Haydale Ceramic Technologies, LLC                                Case number (*if known*)_____
          Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                    Number        Street<br>_____<br>_____<br>City                                                 State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000<br>☑ 50-99         ☐ 5,001-10,000         ☐ 50,001-100,000<br>☐ 100-199       ☐ 10,001-25,000        ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **3**

Debtor  Haydale Ceramic Technologies, LLC  Case number (*if known*)_____
   Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/06/2025
     MM  / DD / YYYY

✘ /s/ Simon Turek          Simon Turek
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ William Rountree        Date  02/06/2025
Signature of attorney for debtor          MM / DD / YYYY

William Rountree
Printed name
Rountree, Leitman, Klein & Geer, LLC
Firm name
2987 Clairmont Road Suite 350
Number  Street
Atlanta           GA    30329
City             State   ZIP Code

404-584-1238         wrountree@rlkglaw.com
Contact phone           Email address

616503             GA
Bar number            State

**Fill in this information to identify the case:**

Debtor name: Haydale Ceramic Technologies, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Small Business Administration<br>2 North Street Suite 320<br>Birmingham, AL, 35203 | | Monies Loaned / Advanced | | | | 218,750.00 |
| 2 | Greenville County Tax Collector<br>301 University Ridge<br>Greenville, SC, 29601 | | Taxes & Other Government Units | | | | 172,000.00 |
| 3 | Geise Graphite Supply<br>25720 Briarwood Ct<br>Westlake, OH, 44145 | (216) 403-5523<br>ag@geisegraphitesupply.com | Suppliers or Vendors | | | | 131,111.45 |
| 4 | Staffmark<br>ATTN: JP Morgan<br>PO Box 734575<br>Chicago, IL, 60673-4575 | | Services | | | | 128,091.07 |
| 5 | Eversheds Sutherland (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>ATLANTA, GA, 30309-3996 | (404) 853-8000 | Suppliers or Vendors | | | | 119,067.02 |
| 6 | Advanced Graphite Machining USA LLC<br>12300 Snow Rd<br>Parma, OH, 44130 | (216) 658-6505<br>agreer@ges-agm.com | Suppliers or Vendors | | | | 41,802.96 |
| 7 | Baikowski International Corp<br>6601 NorthPark Blvd, Suite H<br>Charlotte, NC, 28216 | (704) 587-7100<br>adrian.cecil@baikowski.com | Suppliers or Vendors | | | | 38,734.89 |
| 8 | NAC<br>5720 Ellis Rd<br>Orchard Park, NY, 14127 | cindy.tripi@archgp.com | Suppliers or Vendors | | | | 28,201.80 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Haydale Ceramic Technologies, LLC                         Case number (*if known*)_____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Greenville County Tax Collector (Dept 390)<br>Department 390<br>PO Box 100221<br>Columbia, SC, 29202-3221 | | Taxes & Other Government Units | | | | 18,517.00 |
| 10 | TNB Financial Services<br>706 E Washington St<br>Greenville, SC, 29605 | | | | | | 18,000.00 |
| 11 | Indexable Cutting Tools of Canada<br>66 Clark St<br>Welland, NC, L3B5W6 | | Suppliers or Vendors | | | | 14,362.44 |
| 12 | Grant Thornton LLP<br>PO Box 532019<br>Atlanta, GA, 30353-2019 | | Services | | | | 10,700.00 |
| 13 | Travelers<br>CL Remittance Center<br>PO Box 660317<br>Dallas, TX, 75266-0317 | | Suppliers or Vendors | | | | 9,732.40 |
| 14 | Greer CPW - Bldg A<br>PO Box 216<br>Greer, SC, 29652-0216 | (864) 848-5500 | Services | | | | 9,322.99 |
| 15 | INLASE, LLC<br>125 Hidden Hollow Way<br>Ben Lomond, CA, 95005 | (831) 336-3256<br>info@inlase.com | Suppliers or Vendors | | | | 9,227.00 |
| 16 | Zhuzhou New Cermets Matl Co.<br>No. 101 Building A5, SME Dev Pk, Huange North Rd. Tianyuan Dist<br>Zhuzhou, 412007 | tao.zhang@haydale.com,<br>tom.quantrille@haydale.com | Suppliers or Vendors | | | | 8,893.22 |
| 17 | Nelson Mullins Riley & Scarborough<br>Attn: Accounts Receivable<br>PO Drawer 11009<br>Columbia, SC, 29211 | (803) 799-2000<br>accounts.receivable@nelsonmullins.com | Services | | | | 8,640.00 |
| 18 | HRP Associates, Inc<br>197 Scott Swamp Rd<br>Farmington, CT, 06032 | (860) 674-9570 | Services | | | | 7,567.85 |
| 19 | D & D Carbide Grinding, Inc<br>598 DEMING RD<br>Berlin, CT, 06037 | | Suppliers or Vendors | | | | 7,397.00 |
| 20 | FCT Systeme GmbH<br>Gewerbepark 16<br>Frankenblick, 96528 | m.hamacher@fct-systeme.de | Suppliers or Vendors | | | | 6,508.43 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

A10 Compressed Air Services, LLC
PO Box 245
Conestee, SC 29636

Advanced Graphite Machining USA LLC
12300 Snow Rd
Parma, OH 44130

American Red Cross
25688 Network Pl
Chicago, IL 60673-1256

Baikowski International Corp
6601 NorthPark Blvd, Suite H
Charlotte, NC 28216

Bridgefield Casualty Ins
PO Box 32034
Lakeland, FL 33802

CemeCon
315 Daniel Zenker Dr. , Bldg 500
Horseheads, NY 14845

Chemgard Inc.
1062 S Batesville Road
Greer, SC 29650

Cornerstone Family Medicine
8055 Wertman Rd
Fogelsville, PA 18051-1820

Cross Technologies, Inc.
dba Cross
PO BOX 746284
Atlanta, GA 30374-6284

Crown Lift Trucks
929 Berry Shoals Rd
Duncan, SC 29334

D & D Carbide Grinding, Inc
598 DEMING RD
Berlin, CT 06037

Engineered Components & Packaging, LLC
Box 8000, Dept. 288
ATTN: Jennie Tanner
Buffalo, NY 14267

Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
ATLANTA, GA 30309-3996

FactoryLink Inc.
6810 N Territorial Road
Plymouth, MI 48170

FCT Systeme GmbH
Gewerbepark 16
Frankenblick, 96528

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

Geise Graphite Supply
25720 Briarwood Ct
Westlake, OH 44145

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Grainger
Dept. 803868553
Palatine, IL 60038-0001

Grant Thornton LLP
PO Box 532019
Atlanta, GA 30353-2019

Greenville Co Tax (Dept 391)
Department 391
PO Box 100224
Columbia, SC 29202-3224

Greenville County Tax Collector
301 University Ridge
Greenville, SC 29601

Greenville County Tax Collector (Dept 390)
Department 390
PO Box 100221
Columbia, SC 29202-3221

Greer CPW - Bldg A
PO Box 216
Greer, SC 29652-0216

Guangzhou Fang Dun Machinery Equipment Ltd., Co
5 Magang Si Xiang Wenchong St
Guangzhou City, 510700
Guangdong Province, P.R.China,

Hartford Insurance Co
PO Box 101007
ATLANTA, GA 30392-1007

Haydale Graphene Industries
Clos Fferws, Parc Hendre,Capel Hendre
Ammanford SA18 3BL
United Kingdom,

Haydale Limited
Clos Fferws Parc
HendreCapel Hendre
Ammanfoard, SA183BL

Haydale Technologies, Inc.
1446 S Buncombe Road
Greer, SC 29651

Helwig Carbon Products, Inc.
8900 W Tower Ave
Milwaukee, WI 53224

Henan Wegcl New Material Co. LTD
No. 6 Cuizhu Street, High-Tech Zone
Zhengzhou, PA

HRP Associates, Inc
197 Scott Swamp Rd
Farmington, CT 06032

Hyperion Materials & Technologies
PO Box 3898
Carol Stream, IL 60132-3898

Indexable Cutting Tools of Canada
66 Clark St
Welland, NC L3B5W6

INLASE, LLC
125 Hidden Hollow Way
Ben Lomond, CA 95005

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

J. J. Keller
PO BOX 735492
Chicago, IL 60673-5492

Kohler Design Corp
1750 SW 3rd St Ste D
Corvallis, OR 973331700

Kuraray America, Inc
2625 Bay Area Blvd., Suite 600
Houston, TX 77058

Linde Gas & Equipment Inc.
Dept. 0812
PO Box 120812
Dallas, TX 75312-0812

Mapal Limited
Swift Park, Old Leicester Road
Rugby, Warwickshire CV21 1DZ

Marbro Realty, LLC
1200 Woodruff Road, Unit H29
Greenville, SC 29607

MC Sales
15581 Computer Lane
Huntington Beach, CA 92649

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

Messer LLC
88718 Expedite Way
Chicago, IL 60695-1700

MetLife Small Business Center
PO BOX 804466
Kansas City, MO 64180-4466

Momentum Telecom Inc
29361 Network Place
Chicago, IL 60673-1293

Morris Business Solutions
PO Box 1349
Duncan, SC 29334

NAC
5720 Ellis Rd
Orchard Park, NY 14127

Nelson Mullins Riley & Scarborough
Attn: Accounts Receivable
PO Drawer 11009
Columbia, SC 29211

PBGC
PO Box 151750

PIP Printing
1846 Old Highway 14 S
Greer, SC 29651

Pitney Bowes
Global Financial Services LLC
PO Box 981026
Boston, MA 02298-1022

Precision Weighing
1949 Evans Rd
Cary, NC 27513

R.W. Curtis Industrial Services, LLC
PO Box 525
Conestee, SC 29636

RMI, LLC
639 Chapin Rd
Chapin, SC 29039

Ron Wallace & Associates, Inc.
1201 Old N Main St
Clover, SC 29710

Rosenfeld Einstein
870 S Pleasantburg Dr
Greenville, SC 29607

SC MEP
250 Executive Center Dr
Suite 200
Greenville, SC 29615

Scott Sales Company, LLC
801 Islington St
Portsmouth, NH 03801

SGL Carbon, LLC
PO Box 5830
Carol Stream, IL 60197-5830

SILAR CERAMIC TECHNOLOGIES, LLC
410 Heather Falls Lane
Simpsonville, SC 29681

South Carolina Department of Revenue
PO Box 125
Columbia, SC 29214

Staffmark
ATTN: JP Morgan
PO Box 734575
Chicago, IL 60673-4575

Synovus Bank
PO Box 1071
Columbus, GA 31902-1071

TA Sales & Marketing, Inc
3195 Dayton Xenia Rd
#900-363
Beavercreek, OH 45434

TCI
974, Kato, Kariya, Ako-City
Hyogo, AK 678-0239

Thermal Products Co., Inc.
4520 S Berkeley Lake Rd
Norcross, GA 30071-1639

TIMES UNION TECHNOLOGY INVESTMENT LIMITED
91 Smirrells Road
Birmingham , B28 0LA

TNB Financial Services
706 E Washington St
Greenville, SC 29605

Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Travers Tool - South Carolina
PO Box 36114
Newark, NJ 07188-6114


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


Union Materials
12th floor, OCI building, Sogong-ro 94
Jung-gu, Seoul, Kore


United Parcel Service
PO Box 809488
Chicago, IL 60680-9488


US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Worldwide Express
PO BOX 733360
Dallas, TX 75373


Yusen Logistics (Americas) Inc.
Dept AT 952154
Atlanta, GA 31192-2154


Zhuzhou New Cermets Materials Co. Ltd.
No. 101 Building A5, SME Dev Pk Huang North Road
Huang North Road Tianyuan District
Zhozhou 412007 China,


Zhuzhou New Cermets Matl Co.
No. 101 Building A5, SME Dev Pk,
Huange North Rd. Tianyuan Dist
Zhuzhou, 412007

United States Bankruptcy Court

Northern District of Georgia

In re: Haydale Ceramic Technologies, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/06/2025

/s/ Simon Turek

Signature of Individual signing on behalf of debtor

Manager

Position or relationship to debtor