# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **HAYDALE CERAMIC TECHNOLOGIES, LLC.,** | Case No. 25-20159-jrs |
| Debtor. | **CONTESTED MATTER** |
| **HAYDALE CERAMIC TECHNOLOGIES, LLC,** Movant. | |
| v. | |
| **Silar Ceramic Technologies, LLC, United States Small Business Administration,** Respondents. | |

## NOTICE OF AMENDED BUDGET REGARDING EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

COMES NOW, Haydale Cermic Technologies, LLC, and files this amended cash collateral budget as Exhibit "A" to Docket No. 3.

Dated: February 11, 2025                    **ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Will Geer*
Will B. Geer, Ga. Bar No. 940943
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wgeer@rlkglaw.com
cpowers@rlkglaw.com
*Proposed Attorneys for the Debtor*

## Haydale Ceramic Technologies, LLC
*Current Cash Flow - 1 Month View as of 2/6/2025*

| Category | Feb 09 | Feb 16 | Feb 23 | Mar 02 | Mar 09 |
|---|---|---|---|---|---|
| **Receivables (Cash In)** | $35,000.00 | $218,000.00 | $15,000.00 | $18,000.00 | $18,000.00 |
| Personnel | $1,250.00 | $57,500.00 | $1,050.00 | $57,500.00 | $1,250.00 |
| Pension | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $0.00 | $0.00 | $0.00 | $44,163.00 | $0.00 |
| Insurance | $0.00 | $0.00 | $0.00 | $26,000.00 | $0.00 |
| Utilities | $10,200.00 | $1,350.00 | $3,500.00 | $1,000.00 | $10,000.00 |
| Freight | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Supplies & Maint. | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 |
| Subscriptions/Software/Travel | $3,650.00 | $3,650.00 | $3,650.00 | $3,650.00 | $3,650.00 |
| SubChaptver V Trustee Escrow | $0.00 | $1,000.00 | | $0.00 | $0.00 |
| Material | $10,500.00 | $75,500.00 | $30,500.00 | $10,500.00 | $75,000.00 |
| **Total Expenses** | $33,850.00 | $147,250.00 | $46,950.00 | $151,063.00 | $98,150.00 |
| Profit/(Loss) | $1,150.00 | $70,750.00 | -$31,950.00 | -$133,063.00 | -$80,150.00 |
| ***Actual Cash at end of Week*** | ***$340,240.24*** | ***$341,390.24*** | ***$412,140.24*** | ***$380,190.24*** | ***$247,127.24*** | ***$166,977.24*** |