**Fill in this information to identify the case:**

Debtor name ___Haydale Ceramic Technologies, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................

   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................

   $ 7,449,781.15

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .........................................................

   $ 7,449,781.15

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .................

   $ 250,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................

   $ 176,517.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................

   +$ 13,669,117.38

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b

   $ 14,095,634.38

| **Fill in this information to identify the case:** |
| --- |
| Debtor name ___ Haydale Ceramic Technologies, LLC ___ |
| United States Bankruptcy Court for the: ___ Northern District of Georgia ___ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PBGC PO Box 151750 Alexandria, VA, 22315 | | Underfunded Pension | | | | 326,539.00 |
| 2 | US Small Business Administration 2 North Street Suite 320 Birmingham, AL, 35203 | | Monies Loaned / Advanced | | | | 218,750.00 |
| 3 | Greenville County Tax Collector 301 University Ridge Greenville, SC, 29601 | | Taxes & Other Government Units | | | | 158,000.00 |
| 4 | Geise Graphite Supply 25720 Briarwood Ct Westlake, OH, 44145 | (216) 403-5523 ag@geisegraphitesupply.com | Suppliers or Vendors | | | | 131,111.45 |
| 5 | Staffmark ATTN: JP Morgan PO Box 734575 Chicago, IL, 60673 | | Services | | | | 128,091.07 |
| 6 | Eversheds Sutherland (US) LLP 999 Peachtree Street, NE, Suite 2300 ATLANTA, GA, 30309-3996 | (404) 853-8000 | Suppliers or Vendors | | | | 119,067.02 |
| 7 | Kunshan Dar Kuan Development Limited Modern Plaza 2007 No. 18 Wei Ye Road Kunshan, China | | Suppliers or Vendors | | | | 65,540.00 |
| 8 | Advanced Graphite Machining USA LLC 12300 Snow Rd Parma, OH, 44130 | (216) 658-6505 agreer@ges-agm.com | Suppliers or Vendors | | | | 41,802.96 |

Debtor   Haydale Ceramic Technologies, LLC _____    Case number *(if known)*_____
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Baikowski International Corp 6601 NorthPark Blvd, Suite H Charlotte, NC, 28216 | (704) 587-7100 adrian.cecil@baikowski.com | Suppliers or Vendors | | | | 38,734.89 |
| 10 | NAC 5720 Ellis Rd Orchard Park, NY, 14127 | cindy.tripi@archgp.com | Suppliers or Vendors | | | | 28,201.80 |
| 11 | Greenville County Tax Collector (Dept 390) Department 390 PO Box 100221 Columbia, SC, 29202-3221 | | Taxes & Other Government Units | | | | 18,517.00 |
| 12 | TNB Financial Services 706 E Washington St Greenville, SC, 29605 | | | | | | 18,000.00 |
| 13 | Indexable Cutting Tools of Canada 66 Clark St Welland Ontario Canada, L3B5W6 | | Suppliers or Vendors | | | | 14,362.44 |
| 14 | Grant Thornton LLP PO Box 532019 Atlanta, GA, 30353-2019 | | Services | | | | 10,700.00 |
| 15 | Travelers CL Remittance Center PO Box 660317 Dallas, TX, 75266-0317 | | Suppliers or Vendors | | | | 9,732.40 |
| 16 | Greer CPW - Bldg A PO Box 216 Greer, SC, 29652-0216 | (864) 848-5500 | Services | | | | 9,322.99 |
| 17 | INLASE, LLC 125 Hidden Hollow Way Ben Lomond, CA, 95005 | (831) 336-3256 info@inlase.com | Suppliers or Vendors | | | | 9,227.00 |
| 18 | Zhuzhou New Cermets Matl Co. No. 101 Building A5, SME Dev Pk, Huange North Rd. Tianyuan Dist Zhuzhou, 412007 | tao.zhang@haydale.com, tom.quantrille@haydale.com | Suppliers or Vendors | | | | 8,893.22 |
| 19 | Nelson Mullins Riley & Scarborough Attn: Accounts Receivable PO Drawer 11009 Columbia, SC, 29211 | (803) 799-2000 accounts.receivable@nelsonmullins.com | Services | | | | 8,640.00 |
| 20 | HRP Associates, Inc 197 Scott Swamp Rd Farmington, CT, 06032 | (860) 674-9570 | Services | | | | 7,567.85 |

**Fill in this information to identify the case:**

Debtor name __Haydale Ceramic Technologies, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | HSBC 8670 | Checking | 8 6 7 0 | $ 100.00 |
| 3.2. | See continuation sheet | | | $ 363,292.15 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 363,392.15

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Property lease; Marbro Realty, LLC | $ 43,076.00 |
| 7.2. | Travelers Insurance | $ 22,738.00 |

Debtor  Haydale Ceramic Technologies, LLC _____  Case number (if known)_____
         Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $ 65,814.00

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | 380,791.00 face amount | − | 0.00 doubtful or uncollectible accounts | = ......➔ | $ 380,791.00 |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 673,654.00 face amount | − | 54,815.00 doubtful or uncollectible accounts | = ......➔ | $ 618,839.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 999,630.00

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
|---|---|---|
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
|---|---|---|---|
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
|---|---|---|
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $_____

Debtor  Haydale Ceramic Technologies, LLC

Name

Case number (*if known*)_____

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>RAW MATERIALS | ___ / ___ / ____<br>MM / DD / YYYY | $ 191,713.00 | Cost | $ 191,713.00 |
| **20. Work in progress**<br>WORK IN PROGRESS | ___ / ___ / ____<br>MM / DD / YYYY | $ 144,720.00 | Cost | $ 144,720.00 |
| **21. Finished goods, including goods held for resale**<br>FINISHED GOODS | ___ / ___ / ____<br>MM / DD / YYYY | $ 1,746,414.00 | Sales Value | $ 2,966,804.00 |
| **22. Other inventory or supplies**<br>OTHER INVENTORY OR SUPPLIES | ___ / ___ / ____<br>MM / DD / YYYY | $ 46,156.00 | Cost | $ 46,156.00 |

**23.  Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 3,349,393.00

**24.  Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor   Haydale Ceramic Technologies, LLC _____   Case number *(if known)*_____
         Name

**33. Total of Part 6.**                                                                    $_____

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** [SEE SCHEDULE] | $ 72,191.00 | NBV | $ 72,191.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**                                                                    $ 72,191.00

Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Haydale Ceramic Technologies, LLC
          Name                                                    Case number (if known)_____

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2006 Chevrolet 3500 Truck | $ 0.00 | | $ 5,000.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Schedule

| | | | |
|---|---|---|---|
| | $ 2,594,361.00 | NBV | $ 2,594,361.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 2,599,361.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor _____   Case number (if known)_____
        Haydale Ceramic Technologies, LLC
        Name

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademarks Silar | $_____ | _____ | Unknown $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Haydale Ceramic Technologies, LLC
Name

Case number (if known) _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➜  $_____
Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor   Haydale Ceramic Technologies, LLC
     Name

Case number *(if known)*_____

---

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 363,392.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 65,814.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 999,630.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 3,349,393.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 72,191.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,599,361.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................... ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 7,449,781.15 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................  7,449,781.15      $ 7,449,781.15

Debtor 1 ___Haydale Ceramic Technologies, LLC_____    Case number (if known)_____
     First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| United Community 3776 | Checking | 3776 |
| Balance: 363,267.15 | | |
| UCB | Checking | 0831 |
| Balance: 25.00 | | |

**Fill in this information to identify the case:**

Debtor name __Haydale Ceramic Technologies, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**
SILAR CERAMIC TECHNOLOGIES, LLC

**Describe debtor's property that is subject to a lien**

$ 250,000.00     $ 0.00

**Creditor's mailing address**
410 Heather Falls Lane
Simpsonville, SC 29681

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 250,000.00

Debtor    Haydale Ceramic Technologies, LLC                                     Case number *(if known)*_____
_____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|------------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor ___Haydale Ceramic Technologies, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Greenville County Tax Collector<br>301 University Ridge<br>Greenville, SC 29601 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 158,000.00    $ 158,000.00 |
| | **Date or dates debt was incurred**<br>2024 | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |

| | | | |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>Greenville County Tax Collector (Dept 390)<br>Department 390<br>PO Box 100221<br>Columbia, SC 29202-3221 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 18,517.00    $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |

| | | | |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br>South Carolina Department of Revenue<br>PO Box 125<br>Columbia, SC 29214 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00    $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |

Debtor  Haydale Ceramic Technologies, LLC
        Name                                                    Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
A10 Compressed Air Services, LLC
PO Box 245
Conestee, SC 29636

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 310.25

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Advanced Graphite Machining USA LLC
12300 Snow Rd
Parma, OH 44130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 41,802.96

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Aggressive Grinding
PO Box 3898
Carol Stream, IL 60132

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 1,212.60

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
American Red Cross
25688 Network Pl
Chicago, IL 60673-1256

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 1,171.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Baikowski International Corp
6601 NorthPark Blvd, Suite H
Charlotte, NC 28216

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 38,734.89

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Bridgefield Casualty Ins
PO Box 32034
Lakeland, FL 33802

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 1,673.30

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Haydale Ceramic Technologies, LLC
Name _____    Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7   **Nonpriority creditor's name and mailing address**

Canela Corp.
100 S. Alloy Drive
Fenton, MI 48430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,254.28

---

**3.** 8   **Nonpriority creditor's name and mailing address**

CemeCon
315 Daniel Zenker Dr. , Bldg 500
Horseheads, NY 14845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 226.40

---

**3.** 9   **Nonpriority creditor's name and mailing address**

Chemgard Inc.
1062 S Batesville Road
Greer, SC 29650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 460.00

---

**3.** 10   **Nonpriority creditor's name and mailing address**

Cornerstone Family Medicine
8055 Wertman Rd
Fogelsville, PA 18051-1820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,130.00

---

**3.** 11   **Nonpriority creditor's name and mailing address**

Cross Technologies, Inc.
dba Cross
PO BOX 746284
Atlanta, GA 30374-6284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,365.00

---

Debtor  Haydale Ceramic Technologies, LLC _____ Case number *(if known)*_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 12  **Nonpriority creditor's name and mailing address**

Crown Lift Trucks
929 Berry Shoals Rd
Duncan, SC 29334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 135.00

**3.** 13  **Nonpriority creditor's name and mailing address**

D & D Carbide Grinding, Inc
598 DEMING RD
Berlin, CT 06037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,397.00

**3.** 14  **Nonpriority creditor's name and mailing address**

EDiamondTools
1145 W Shelly Ct.
Orange, CA 92868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,699.90

**3.** 15  **Nonpriority creditor's name and mailing address**

Engineered Components & Packaging, LLC
Box 8000, Dept. 288
ATTN: Jennie Tanner
Buffalo, NY 14267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,948.80

**3.** 16  **Nonpriority creditor's name and mailing address**

Euclid Refinishing Company, Inc.
2937 Industrial Park Drive
Austinburg, OH 44010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 441.10

Debtor  Haydale Ceramic Technologies, LLC _____   Case number (if known) _____

     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.17**  Nonpriority creditor's name and mailing address

Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
ATLANTA, GA 30309-3996

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 119,067.02

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.18**  Nonpriority creditor's name and mailing address

FactoryLink Inc.
6810 N Territorial Road
Plymouth, MI 48170

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 2,080.59

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.19**  Nonpriority creditor's name and mailing address

FCT Systeme GmbH
Gewerbepark 16
Frankenblick 96528

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 6,508.43

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.20**  Nonpriority creditor's name and mailing address

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 6,226.84

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.21**  Nonpriority creditor's name and mailing address

Geise Graphite Supply
25720 Briarwood Ct
Westlake, OH 44145

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 131,111.45

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  Haydale Ceramic Technologies, LLC
        Name

Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Grainger
Dept. 803868553
Palatine, IL 60038-0001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 865.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.23  Nonpriority creditor's name and mailing address**

Grant Thornton LLP
PO Box 532019
Atlanta, GA 30353-2019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,700.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.24  Nonpriority creditor's name and mailing address**

Greenville Co Tax (Dept 391)
Department 391
PO Box 100224
Columbia, SC 29202-3224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 164.52

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.25  Nonpriority creditor's name and mailing address**

Greer CPW - Bldg A
PO Box 216
Greer, SC 29652-0216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 9,322.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.26  Nonpriority creditor's name and mailing address**

Guangzhou Fang Dun Machinery Equipment Ltd., Co
5 Magang Si Xiang Wenchong St
Guangzhou City, 510700
Guangdong Province, P.R.China

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,892.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 27** Nonpriority creditor's name and mailing address

Hartford Insurance Co
PO Box 101007
ATLANTA, GA 30392-1007

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$ 23.04**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 28** Nonpriority creditor's name and mailing address

Haydale Graphene Industries
Clos Fferws, Parc Hendre,Capel Hendre
Ammanford SA18 3BL
United Kingdom

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insider Oblgiation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$ 3,225,182.18**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 29** Nonpriority creditor's name and mailing address

Haydale Limited
Clos Fferws Parc
HendreCapel Hendre
Ammanfoard SA183BL

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insider Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$ 999.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 30** Nonpriority creditor's name and mailing address

Haydale Technologies, Inc.
1446 S Buncombe Road
Greer, SC 29651

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insider Obligation

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$ 9,145,907.36**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 31** Nonpriority creditor's name and mailing address

Helwig Carbon Products, Inc.
8900 W Tower Ave
Milwaukee, WI 53224

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$ 455.50**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor __Haydale Ceramic Technologies, LLC_____    Case number _(if known)_____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.32** | **Nonpriority creditor's name and mailing address**

Henan Wegcl New Material Co. LTD
No. 6 Cuizhu Street, High-Tech Zone
Zhengzhou, PA

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.00

---

**3.33** | **Nonpriority creditor's name and mailing address**

HRP Associates, Inc
197 Scott Swamp Rd
Farmington, CT 06032

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,567.85

---

**3.34** | **Nonpriority creditor's name and mailing address**

Hyperion Materials & Technologies
PO Box 3898
Carol Stream, IL 60132-3898

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 808.40

---

**3.35** | **Nonpriority creditor's name and mailing address**

Indexable Cutting Tools of Canada
66 Clark St
Welland
Ontario Canada L3B5W6

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,362.44

---

**3.36** | **Nonpriority creditor's name and mailing address**

INLASE, LLC
125 Hidden Hollow Way
Ben Lomond, CA 95005

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,227.00

---

Debtor    Haydale Ceramic Technologies, LLC

Name

Case number (if known) _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

J. J. Keller
PO BOX 735492
Chicago, IL 60673-5492

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 191.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address

Kohler Design Corp
1750 SW 3rd St Ste D
Corvallis, OR 973331700

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 2,100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address

Kunshan Dar Kuan Development Limited
Modern Plaza 2007
No. 18 Wei Ye Road
Kunshan, China

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 65,540.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address

Kuraray America, Inc
2625 Bay Area Blvd., Suite 600
Houston, TX 77058

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 741.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.41** Nonpriority creditor's name and mailing address

Linde Gas & Equipment Inc.
Dept. 0812
PO Box 120812
Dallas, TX 75312-0812

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 823.63

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Haydale Ceramic Technologies, LLC                     Case number (if known) _____
    Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

MC Sales
15581 Computer Lane
Huntington Beach, CA 92649

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,588.99

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,044.62

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Messer LLC
88718 Expedite Way
Chicago, IL 60695-1700

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,124.48

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

MetLife Small Business Center
PO BOX 804466
Kansas City, MO 64180-4466

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,019.53

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Momentum Telecom Inc
29361 Network Place
Chicago, IL 60673-1293

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,355.63

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Haydale Ceramic Technologies, LLC_____  Case number _(if known)_____
      Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.47**   Nonpriority creditor's name and mailing address

Morris Business Solutions
PO Box 1349
Duncan, SC 29334

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 64.81

---

**3.48**   Nonpriority creditor's name and mailing address

NAC
5720 Ellis Rd
Orchard Park, NY 14127

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28,201.80

---

**3.49**   Nonpriority creditor's name and mailing address

Nelson Mullins Riley & Scarborough
Attn: Accounts Receivable
PO Drawer 11009
Columbia, SC 29211

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,640.00

---

**3.50**   Nonpriority creditor's name and mailing address

PBGC
PO Box 151750
Alexandria, VA 22315

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Underfunded Pension

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 326,539.00

---

**3.51**   Nonpriority creditor's name and mailing address

PIP Printing
1846 Old Highway 14 S
Greer, SC 29651

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,014.75

---

| Debtor | Haydale Ceramic Technologies, LLC | Case number _(if known)_ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

Pitney Bowes
Global Financial Services LLC
PO Box 981026
Boston, MA 02298

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 120.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.53  Nonpriority creditor's name and mailing address**

Precision Weighing
1949 Evans Rd
Cary, NC 27513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.54  Nonpriority creditor's name and mailing address**

R.W. Curtis Industrial Services, LLC
PO Box 525
Conestee, SC 29636

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.55  Nonpriority creditor's name and mailing address**

Redblue
PO Box 19230
Charlotte, NC 28219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,662.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.56  Nonpriority creditor's name and mailing address**

RMI, LLC
639 Chapin Rd
Chapin, SC 29039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 933.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Haydale Ceramic Technologies, LLC                                      Case number (if known) _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.57** Nonpriority creditor's name and mailing address

Ron Wallace & Associates, Inc.
1201 Old N Main St
Clover, SC 29710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 310.80

---

**3.58** Nonpriority creditor's name and mailing address

Rosenfeld Einstein
870 S Pleasantburg Dr
Greenville, SC 29607

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,157.66

---

**3.59** Nonpriority creditor's name and mailing address

SC MEP
250 Executive Center Dr
Suite 200
Greenville, SC 29615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,250.00

---

**3.60** Nonpriority creditor's name and mailing address

Scott Sales Company, LLC
801 Islington St
Portsmouth, NH 03801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 641.90

---

**3.61** Nonpriority creditor's name and mailing address

SGL Carbon, LLC
PO Box 5830
Carol Stream, IL 60197-5830

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,837.55

Debtor _____Traydale Ceramic Technologies, LLC_____ Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Staffmark
ATTN: JP Morgan
PO Box 734575
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 128,091.07

---

**3.63** Nonpriority creditor's name and mailing address

Synovus Bank
PO Box 1071
Columbus, GA 31902-1071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 153.38

---

**3.64** Nonpriority creditor's name and mailing address

TA Sales & Marketing, Inc
3195 Dayton Xenia Rd
#900-363
Beavercreek, OH 45434

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,047.52

---

**3.65** Nonpriority creditor's name and mailing address

TCI
974, Kato, Kariya, Ako-City
Hyogo, AK 678-0239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,454.10

---

**3.66** Nonpriority creditor's name and mailing address

Thermal Products Co., Inc.
4520 S Berkeley Lake Rd
Norcross, GA 30071-1639

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,324.51

---

Debtor    Haydale Ceramic Technologies, LLC _____    Case number _(if known)_ _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.67** Nonpriority creditor's name and mailing address

TNB Financial Services
706 E Washington St
Greenville, SC 29605

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 18,000.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 9,732.40**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,170.60**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Travers Tool - South Carolina
PO Box 36114
Newark, NJ 07188-6114

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 172.59**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 194.21**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Haydale Ceramic Technologies, LLC_____    Case number *(if known)*_____
        Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**   **Nonpriority creditor's name and mailing address**

Union Materials
12th floor, OCI building, Sogong-ro 94
Jung-gu, Seoul, Kore

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,940.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.73**   **Nonpriority creditor's name and mailing address**

United Parcel Service
PO Box 809488
Chicago, IL 60680-9488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 583.98

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.74**   **Nonpriority creditor's name and mailing address**

US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 218,750.00

Date or dates debt was incurred    08/27/2021
Last 4 digits of account number    9108

---

**3.75**   **Nonpriority creditor's name and mailing address**

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,536.46

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.76**   **Nonpriority creditor's name and mailing address**

Worldwide Express
PO BOX 733360
Dallas, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 305.96

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor ___Traydale Ceramic Technologies, LLC_____    Case number _(if known)_____
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 77   **Nonpriority creditor's name and mailing address**

Yusen Logistics (Americas) Inc.
Dept AT 952154
Atlanta, GA 31192-2154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.** 78   **Nonpriority creditor's name and mailing address**

Yusen Logistics (Americas), Inc.
Dept. AT 952154
Atlanta, GA 31192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,777.07

---

**3.** 79   **Nonpriority creditor's name and mailing address**

Zhuzhou New Cermets Matl Co.
No. 101 Building A5, SME Dev Pk,
Huange North Rd. Tianyuan Dist
Zhuzhou 412007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,893.22

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

Debtor  Hayfale Ceramic Technologies, LLC

Name

Case number (if known)

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 176,517.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 13,669,117.38 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 13,845,634.38 |

---

**Fill in this information to identify the case:**

Debtor name ___Haydale Ceramic Technologies, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Fee & Commission Agreement Pursuant Exclusive Distribution Agreement | TIMES UNION TECHNOLOGY INVESTMENT LIMITED 91 Smirrells Road Birmingham , B28 0LA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and Supply Agreement | Mapal Limited Swift Park, Old Leicester Road Rugby, Warwickshire CV21 1DZ |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Master Processing Trade Agreement, Supply and Manufacturing Agreement, and Letter Agreement | Zhuzhou New Cermets Materials Co. Ltd. No. 101 Building A5, SME Dev Pk Huang North Road Huang North Road Tianyuan District Zhozhou 412007 China |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Real Property Lessee | Marbro Realty, LLC 1200 Woodruff Road, Unit H29 Greenville, SC, 29607 |
| | State the term remaining | 3 years | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Independent Manufacturer Representative Agreement | Scott Sales 801 Islington St. Portsmouth, NH, 03801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Haydale Ceramic Technologies, LLC
          Name                                          Case number (*if known*)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.6** State what the contract or lease is for and the nature of the debtor's interest — Contract of Authorization on Product Distribution<br><br>State the term remaining<br><br>List the contract number o any government contract | Henan Wegcl New Materials Co., Ltd<br>No. 6 Cuizhu Street<br>High-Tech Zone Zhengzhou, Henan 0 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest — Independent Manufacturer Representative Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | FactoryLink, Inc.<br>"6810 N Territorial Road<br>Plymouth, MI, 48170 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest — Independent Manufacturer Representative Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Ron Wallace & Associates<br>1201 Old North Main St.<br>Clover, SC, 29710 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest — Independent Manufacturer Representative Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | TA Sales & Marketing<br>3195 Dayton Xenia Rd #900-363<br>Beavercreek, OH, 45434 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest — Independent Manufacturer Representative Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | MC Tool, Inc.<br>"15581 Computer Lane<br>Huntington Beach, CA, 92649 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest — Independent Manufacturer Representative Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Tom Paine Group<br>PO Box 2152<br>Mansfield, TX, 76063 |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Haydale Ceramic Technologies, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name    Haydale Ceramic Technologies, LLC

United States Bankruptcy Court for the:    Northern District of Georgia

Case number (*If known*):    _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/28/2025          ✖ /s/ Simon Turek
                MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              Simon Turek
                              Printed name

                              Manager
                              Position or relationship to debtor

**HAYDALE CERAMIC TECHNOLOGIES, LLC**
**DEPRECIATION EXPENSE**
**FY 2025**

| Asset # | Department | Description | Cost | Net Book Value |
|---|---|---|---|---|
| Department 10 | | | | |
| Machinery & Equipment | | | | |
| 7013 | 10 | Hobart Cored/MIG Welder | 400.00 | 73.66 |
| 7157 | 10 | Miller Welder | 1,000.00 | 183.66 |
| 7158 | 10 | Do All File Saw | 4,000.00 | 733.66 |
| 7159 | 10 | Do All Vertical Band Saw | 4,000.00 | 733.66 |
| 7160 | 10 | Modig Radial Arm Drill | 4,000.00 | 733.66 |
| 7161 | 10 | Torit Dust Collector | 6,000.00 | 1,100.00 |
| 7162 | 10 | Lansing Lathe | 2,000.00 | 366.34 |
| 7163 | 10 | Leblonde Engine Lathe | 3,000.00 | 550.00 |
| 7164 | 10 | Bridgeport Milling Machine | 5,000.00 | 916.34 |
| 7165 | 10 | Floor Mount Jib Crane | 3,000.00 | 550.00 |
| 7166 | 10 | Clausing Lathe | 3,000.00 | 550.00 |
| 7167 | 10 | Victor Surface Grinder | 4,000.00 | 733.66 |
| 7168 | 10 | Jet Vertical Band Saw | 1,000.00 | 183.66 |
| 7169 | 10 | Dake Hydraulic Press | 500.00 | 91.34 |
| 7170 | 10 | Do All Vert Milling Mach | 2,000.00 | 366.34 |
| 7171 | 10 | Rockwell Delta Vert Belt | 1,000.00 | 183.66 |
| 7172 | 10 | Nelson Press Brake | 1,000.00 | 183.66 |
| 7173 | 10 | Lockform Sheet Roll | 2,000.00 | 366.34 |
| 7174 | 10 | Garbo Box Folder | 2,000.00 | 366.34 |
| 7175 | 10 | Overhead SS Exhaust Hood | 5,000.00 | 916.34 |
| 7176 | 10 | Lot Misc Machine Shop | 6,500.00 | 1,191.34 |
| 7202 | 10 | Hein Werner HW93615 100 Ton Press | 9,080.37 | 4,010.48 |
| Total Depreciation Expense | | | 69,480.37 | 15,084.14 |

**...MIC TECHNOLOGIES, LLC**
**...ATION EXPENSE**
**...FY 2025**

| Asset No. | | Description | Cost | Net Book Value |
|---|---|---|---|---|
| Department 20 | | | | |
| Machinery & Equipment | | | | |
| 7027 | 20 | Microvoid Air Control | 1,000.00 | 183.66 |
| 7096 | 20 | Haskins Water Circulator | 2,000.00 | 366.34 |
| 7097 | 20 | Neslab Water Circulators (2) | 4,000.00 | 733.66 |
| 7098 | 20 | Nitro Vacuum Dewer | 1,000.00 | 183.66 |
| 7099 | 20 | Bruker AXS X-Ray Difraction Unit | 80,000.00 | 14,666.34 |
| 7101 | 20 | Horiba Particle Size Analyzer | 20,000.00 | 3,666.34 |
| 7102 | 20 | Carver Lab Press | 2,000.00 | 366.34 |
| 7103 | 20 | Blue M Oven | 1,750.00 | 321.16 |

| 7104 | 20 | Blue M Oven | 3,000.00 | 550.00 |
|------|----|-------------|----------|--------|
| 7105 | 20 | Fume Hoods w/Cabinets (2) | 7,500.00 | 1,375.00 |
| 7106 | 20 | Zyglo Inspection Machine | 4,000.00 | 733.66 |
| 7107 | 20 | Neslab Recircular Instrument | 3,000.00 | 550.00 |
| 7108 | 20 | Orion Rsrch Microprocessor Ionalyzer | 5,000.00 | 916.34 |
| 7109 | 20 | Fisher Accum Pot Ph Meter | 500.00 | 91.34 |
| 7110 | 20 | Fa Bros Aerosol Monitor | 5,000.00 | 916.34 |
| 7111 | 20 | Instron Testing System | 7,500.00 | 1,375.00 |
| 7112 | 20 | Brown & Sharpe Micromaster | 7,500.00 | 1,375.00 |
| 7113 | 20 | Lot Microscopes | 6,000.00 | 1,100.00 |
| 7114 | 20 | Lot Work Stations | 10,000.00 | 1,833.66 |
| 7115 | 20 | Damon IEC Centrifuge | 2,000.00 | 366.34 |
| 7116 | 20 | Precison Convection Oven | 3,000.00 | 550.00 |
| 7117 | 20 | Nikon Microscope | 4,000.00 | 733.66 |
| 7118 | 20 | Nikon Microscope | 4,000.00 | 733.66 |
| 7119 | 20 | TA Instrumentation Gauge | 7,500.00 | 1,375.00 |
| 7120 | 20 | Anatech Sputtering System | 5,000.00 | 916.34 |
| 7121 | 20 | Heerbrugg Microscope | 4,000.00 | 733.66 |
| 7122 | 20 | Tabor Single Rotary Platform Abraser | 4,500.00 | 825.00 |
| 7123 | 20 | Cole Primer Vitra-Sonic | 1,500.00 | 275.00 |
| 7124 | 20 | Tri-Star Surface Analyzer | 2,500.00 | 458.66 |
| 7125 | 20 | Micro VH Comparator | 5,000.00 | 916.34 |
| 7126 | 20 | Leco Carbon Analyzer | 4,500.00 | 825.00 |
| 7127 | 20 | YSI Conductance Bridge | 500.00 | 91.34 |
| 7128 | 20 | Val-Prep Sample Preparation Unit | 2,000.00 | 366.34 |
| 7129 | 20 | AccuPyc Pycnometer | 3,500.00 | 641.34 |
| 7130 | 20 | IQ PH Meter | 500.00 | 91.34 |
| 7131 | 20 | Vanderkamp Top Density Tester | 1,000.00 | 183.66 |
| 7132 | 20 | Thermodyne Lab Kiln | 1,500.00 | 275.00 |
| 7133 | 20 | Lot QC Lab | 3,750.00 | 687.50 |
| 7134 | 20 | Lindberg Oven | 1,500.00 | 275.00 |
| 7135 | 20 | Ney Lab Kiln | 1,500.00 | 275.00 |
| 7136 | 20 | Brkfld Digital Viscometer | 1,000.00 | 183.66 |
| 7137 | 20 | Damon IEC Centrifuge | 2,000.00 | 366.34 |
| 7138 | 20 | Bausch & Lomb Microscope | 1,500.00 | 275.00 |
| 7139 | 20 | Hastings Flow Meter | 500.00 | 91.34 |
| 7140 | 20 | PGT Prism Digital EDS | 1,500.00 | 275.00 |
| 7142 | 20 | AbraPol Polishers (2) | 2,000.00 | 366.34 |
| 7143 | 20 | Lewis Ultrasonic Cleaning System | 750.00 | 137.50 |
| 7144 | 20 | Leco Pneumatic Mounting Press | 1,000.00 | 183.66 |
| 7145 | 20 | Buehleer Abrasive Cutter | 500.00 | 91.34 |
| 7146 | 20 | Buehler Polisher | 1,000.00 | 183.66 |
| 7147 | 20 | Port-A-Shell V Mill | 2,000.00 | 366.34 |
| 7148 | 20 | Bransonic Ultrasonic Cleaners (2) | 1,500.00 | 275.00 |
| 7149 | 20 | Precision Lab Oven | 4,000.00 | 733.66 |
| 7150 | 20 | Stainless Steel Ventilation Hood | 2,500.00 | 458.66 |
| 7151 | 20 | Norton Rolling Mill | 1,250.00 | 228.84 |
| 7152 | 20 | Lot Work Stations | 10,000.00 | 1,833.66 |
| 7153 | 20 | Lot Miscellaneous Development Lab | 7,500.00 | 1,375.00 |
| 7201 | 20 | ER Advanced Ceramics Rollermill | 8,602.46 | 2,867.24 |
| 7211 | 20 | Keyence VR 3D Optical Profilometer | 72,930.00 | 52,266.50 |
| | | Total Depreciation Expense | 356,032.46 | 105,457.76 |

**HAYDALE CERAMIC TECHNOLOGIES, LLC**

**DEPRECIATION EXPENSE**
**FY 2025**

| Asset No. | | Description | Cost | Net Book Value |
|---|---|---|---|---|
| Department 30 | | | | |
| Machinery & Equipment | | | | |
| 7065 | 30 | Feed Silos & Control Panel (2) | 150,000.00 | 87,290.95 |
| 7066 | 30 | Sweco Vibro Energy Separator | 12,000.00 | 6,983.28 |
| 7067 | 30 | Munson Rice Hull Hopper | 90,000.00 | 52,374.57 |
| 7068 | 30 | Jesco Self Dump Hoppers (5) | 5,000.00 | 2,909.70 |
| 7069 | 30 | Torit Dust Collector | 5,000.00 | 2,909.70 |
| 7070 | 30 | Marley Aqua Cooling Tower | 40,000.00 | 23,277.58 |
| 7071 | 30 | Accu Rate Dry Mat Feeder | 10,000.00 | 5,819.39 |
| 7075 | 30 | Ultra Vac Vacuum Loader | 40,000.00 | 23,277.58 |
| 7076 | 30 | Flexilon Vibratory Hoppers (2) | 100,000.00 | 58,193.96 |
| 7077 | 30 | Dust Mitigation | 60,000.00 | 34,916.38 |
| 7078 | 30 | Lot Exhaust Fan Systems | 15,000.00 | 8,729.09 |
| 7079 | 30 | Lot Misc Conversion Whisker | 7,500.00 | 4,364.54 |
| 7080 | 30 | S.S. Mix Tanks Separation (4) | 40,000.00 | 23,277.58 |
| 7081 | 30 | Alar Auto Vac Filters (3) | 7,500.00 | 4,364.54 |
| 7082 | 30 | Float Cell S.S. Station | 120,000.00 | 69,832.76 |
| 7083 | 30 | S.S. Centrifuge | 40,000.00 | 23,277.58 |
| 7084 | 30 | Poly Processing Tank | 2,000.00 | 1,163.88 |
| 7085 | 30 | Sweco Separator | 12,000.00 | 6,983.28 |
| 7086 | 30 | Float Cell & Settler Tank Control | 40,000.00 | 23,277.58 |
| 7087 | 30 | Grieve Hendry Oven | 4,000.00 | 2,327.75 |
| 7088 | 30 | Calciner Work Station | 40,000.00 | 23,277.58 |
| 7089 | 30 | Sweco Vibro Energy Separator | 12,000.00 | 6,983.28 |
| 7090 | 30 | Toledo Floor Scale | 1,000.00 | 581.93 |
| 7091 | 30 | Hobart Mixer | 2,000.00 | 1,163.88 |
| 7092 | 30 | Advance Convertamatic | 5,000.00 | 2,909.70 |
| 7093 | 30 | Olympic Electric Kiln | 5,000.00 | 2,909.70 |
| 7094 | 30 | Lot Exhaust Fan Systems | 70,000.00 | 40,735.77 |
| 7095 | 30 | Lot Miscellaneous Separation | 9,000.00 | 5,237.46 |
| 7184 | 30 | Lot Diaphragm Surplus Pumps | 50,000.00 | 29,141.38 |
| | | Total | 994,000.00 | 578,492.35 |
| | | Pounds Produced | 300,000.0 | 252,611.9 |
| 7072 | 30 | Converter 1 | 600,000.00 | 337,517.80 |
| 7073 | 30 | Converter 2 | 500,000.00 | 292,369.84 |
| 7074 | 30 | Converter 3 | 500,000.00 | 292,369.84 |
| | | Total | 1,600,000.00 | 922,257.48 |
| | | Pounds Produced Converter 1 | 100,000.00 | 82,262.96 |
| | | Pounds Produced Converter 2 | 100,000.00 | 84,483.96 |
| | | Pounds Produced Converter 3 | 100,000.00 | 84,483.96 |
| | | Total Depreciation | 2,594,000.00 | 1,500,749.83 |

**HAYDALE CERAMIC TECHNOLOGIES, LLC**

**DEPRECIATION EXPENSE**
**FY 2025**

| Asset No. | | Description | Cost | Net Book Value |
|-----------|--|-------------|------|----------------|
| Department 40 | | | | |
| Machinery & Equipment | | | | |
| 7034 | 40 | Sweco Vibro Energy Separator | 15,000.00 | 2,750.00 |
| 7035 | 40 | Crossley Wet Mill | 20,000.00 | 3,666.34 |
| 7036 | 40 | Crossley Wet Mill | 30,000.00 | 5,500.00 |
| 7037 | 40 | Crossley Wet Mill | 60,000.00 | 11,000.00 |
| 7038 | 40 | Patterson V Mill | 20,000.00 | 3,666.34 |
| 7039 | 40 | Patt Twin Shell Dry Blender | 20,000.00 | 3,666.34 |
| 7040 | 40 | Sweco Vibro Energy Separator | 12,000.00 | 2,200.00 |
| 7041 | 40 | Sweco Vibro Energy Separator | 12,000.00 | 2,200.00 |
| 7042 | 40 | Torit Dust Vacuum System | 5,000.00 | 916.34 |
| 7043 | 40 | Spencer Portable Vacuum System | 15,000.00 | 2,750.00 |
| 7044 | 40 | AVP Spray Dryers (2) | 300,000.00 | 55,000.00 |
| 7045 | 40 | Tec Star Cover Lift Dry Ball Mill | 3,000.00 | 550.00 |
| 7046 | 40 | Lightin Adjustable Mixer | 3,000.00 | 550.00 |
| 7047 | 40 | Eviez Magnets (2) | 9,000.00 | 1,650.00 |
| 7048 | 40 | Eviez Ferrous Trap | 1,000.00 | 183.66 |
| 7049 | 40 | Frantz Electro Magnet Ferrous Filter | 2,000.00 | 366.34 |
| 7050 | 40 | Niro Atomizer | 40,000.00 | 7,333.66 |
| 7051 | 40 | Paul Abbe Wet Pebble Mill | 7,500.00 | 1,375.00 |
| 7052 | 40 | Crosley Economy Wet Mill | 20,000.00 | 3,666.34 |
| 7053 | 40 | Paul O. Abbe Dry Ball Mills (2) | 40,000.00 | 7,333.66 |
| 7054 | 40 | Flock System | 4,000.00 | 733.66 |
| 7055 | 40 | Lightin Adjustable Mixer | 3,000.00 | 550.00 |
| 7061 | 40 | Mettler Toledo Floor Scrubber | 2,000.00 | 366.34 |
| 7062 | 40 | Torit Down Flow Bag House | 30,000.00 | 5,500.00 |
| 7063 | 40 | Lot Exhaust Fans | 20,000.00 | 3,666.34 |
| 7064 | 40 | Lot Miscellaneous Ceramic Blends | 9,500.00 | 1,741.34 |
| 7065 | 40 | Refrigerated Cycling Dryer - NXC 0325 460V | 6,855.00 | 6,455.09 |
| Total Depreciation Expense | | | 709,855.00 | 135,336.79 |

**HAYDALE CERAMIC TECHNOLOGIES, LLC**
**DEPRECIATION EXPENSE**
**FY 2025**

| Asset No. | | Description | Cost | Net Book Value |
|-----------|--|-------------|------|----------------|
| Department 50 | | | | |
| Machinery & Equipment | | | | |
| 7203 | 50 | 8AD-12 Blanchard Vertical Grinder | 172,689.02 | 74,831.58 |
| 7204 | 50 | FLS652N Refurbished Lasag Laser | 63,715.53 | 27,610.25 |
| 7205 | 50 | FLS552N Refurbished Lasag Laser | 57,587.33 | 24,954.81 |
| 7206 | 50 | LS-4000 HO Laser Workstation | 209,066.93 | 90,595.97 |
| 7207 | 50 | Air Cooled Chiller Pace Adams | 35,143.47 | 15,228.99 |
| 7208 | 50 | ECT Hot Press | 995,494.87 | 431,381.15 |

| 7209 | 50 | Used 100 Ton Clifton Molding Press | 14,544.29 | 6,302.69 |

| | | Total Depreciation Expense | 1,548,241.44 | 670,905.44 |

## HAYDALE CERAMIC TECHNOLOGIES, LLC
## DEPRECIATION EXPENSE
## FY 2025

| Asset No. | | Description | Cost | Net Book Value |
|---|---|---|---|---|
| **Department 60** | | | | |
| **Machinery & Equipment** | | | | |
| 7001 | 60 | R.D. Wax Burner | 27,000.00 | 4,950.00 |
| 7002 | 60 | Olympic Block Kilns (2) | 9,000.00 | 1,650.00 |
| 7003 | 60 | Blue M Friction Air Oven | 2,500.00 | 458.66 |
| 7004 | 60 | Arkograf Electric Engraver | 300.00 | 55.00 |
| 7005 | 60 | Hydramat American Extruder | 150,000.00 | 27,500.00 |
| 7006 | 60 | Lancaster Mixer | 900.00 | 165.00 |
| 7007 | 60 | Carver Lab Press | 1,500.00 | 275.00 |
| 7008 | 60 | Thermal Precision Ceramic Grinder | 500.00 | 91.34 |
| 7009 | 60 | Darwin Environmental Dryer Chamber | 6,000.00 | 1,100.00 |
| 7010 | 60 | Torit Down Flow Bag House | 12,500.00 | 2,291.34 |
| 7011 | 60 | Toledo Scale | 800.00 | 146.34 |
| 7012 | 60 | Mettler Scale | 400.00 | 73.66 |
| 7016 | 60 | Lot Exhaust Fan Systems | 7,500.00 | 1,375.00 |
| 7017 | 60 | Lot Miscellaneous Extrusion | 3,700.00 | 678.66 |
| 7018 | 60 | Marley Aqua Tower | 35,000.00 | 6,416.34 |
| 7020 | 60 | Napco Vacuum Oven | 2,500.00 | 458.66 |
| 7021 | 60 | Sintering Furnace | 90,000.00 | 16,500.00 |
| 7022 | 60 | Astro Press/Servo Valve Control | 10,000.00 | 1,833.66 |
| 7023 | 60 | Paul O. Abbe Dry Ball Mill | 20,000.00 | 3,666.34 |
| 7028 | 60 | Econo Scissor Lifts (2) | 6,000.00 | 1,100.00 |
| 7032 | 60 | Lot Exhaust Fan Systems | 10,000.00 | 1,833.66 |
| 7033 | 60 | Lot Miscellaneous Ceramic Parts | 1,500.00 | 275.00 |
| 7195 | 60 | Rebuild TK Furnace | 11,690.98 | 2,825.76 |
| 7210 | 60 | Rebuild TK Furnace & Shell - CIP | 40,076.00 | 22,709.56 |
| | | Total Depreciation Expense | 449,366.98 | 98,428.98 |

## HAYDALE CERAMIC TECHNOLOGIES, LLC
## DEPRECIATION EXPENSE

## FY 2025

| Asset No. | | Description | Cost | Net Book Value |
|---|---|---|---|---|
| **Department 80** | | | | |
| **Autos & Trucks** | | | | |
| 7154 | 80 | Clark Fork Lift #2 | 7,000.00 | - |
| 7155 | 80 | Caterpillar Fork Lift | 10,000.00 | - |
| 7183 | 80 | 2006 Chevrolet 3500 Truck | 20,000.00 | - |
| 7186 | 80 | Nissan Fork Lift Truck | 3,000.00 | - |

#### Furniture & Fixtures

| | | | | |
|---|---|---|---:|---:|
| 7181 | 80 | Lot Mezzanine Structures | 125,000.00 | 22,916.34 |
| 7182 | 80 | Electrical Controls | 200,000.00 | 36,666.34 |
| 7193 | 80 | Office Furnishings | 12,500.00 | 2,291.34 |
| 7192 | 80 | Lot Exercise Room | 5,000.00 | 916.34 |
| 7196 | 80 | Office Upgrades and Rebranding | 29,388.14 | 7,102.24 |

#### Leasehold Improvements

| | | | | |
|---|---|---|---:|---:|
| 7200 | 80 | Marley Cooling Tower | 12,539.85 | 2,298.85 |

#### Machinery & Equipment

| | | | | |
|---|---|---|---:|---:|
| 7014 | 80 | Gardner Denver Air Compressor | 25,000.00 | 4,583.66 |
| 7015 | 80 | Air Tek Air Dryer | 1,000.00 | 183.66 |
| 7024 | 80 | Pauli-Griffen Pram Machine | 15,000.00 | 2,750.00 |
| 7025 | 80 | Pauli-Griffen Blast Cabinet | 3,000.00 | 550.00 |
| 7026 | 80 | Advance Floor Scale | 2,000.00 | 366.34 |
| 7029 | 80 | Skyjack Scissor Lift | 2,000.00 | 366.34 |
| 7030 | 80 | Sections Heavy Duty Pallet Racks (105) | 30,000.00 | 5,500.00 |
| 7031 | 80 | Stanley Vidmar Stak Systems (2) | 8,000.00 | 1,466.34 |
| 7056 | 80 | Genie Man Lift | 2,500.00 | 458.66 |
| 7057 | 80 | JLG Scissor Lift | 7,000.00 | 1,283.66 |
| 7058 | 80 | Cage Man Lift | 500.00 | 91.34 |
| 7059 | 80 | Heavy Duty Charger Booster | 500.00 | 91.34 |
| 7060 | 80 | Wrangler Floor Scrubber | 2,000.00 | 366.34 |
| 7177 | 80 | Gardner Denver Air Compressor | 6,500.00 | 1,191.34 |
| 7178 | 80 | Gardner Denver Air Compressor | 7,500.00 | 1,375.00 |
| 7179 | 80 | Sahara Moisture Analyzer | 1,000.00 | 183.66 |
| 7180 | 80 | Lot Exhaust Fans, Piping & Ductwork | 10,000.00 | 1,833.66 |
| 7185 | 80 | Lot Ocean Containers | 10,000.00 | 1,833.66 |
| 7186 | 80 | Lot Addional Equipment | 50,000.00 | 9,166.34 |
| 7187 | 80 | Lot Equipment Not in Service | 10,000.00 | 1,833.66 |
| 7188 | 80 | Lot New Equipment | 20,000.00 | 3,666.34 |
| 7189 | 80 | Lot Demo Equipment | 30,000.00 | 5,500.00 |
| 7190 | 80 | Tradeshow Display W/Carry Cases | 20,000.00 | 3,666.34 |
| 7194 | 80 | Lot Office Related Equipment | 12,500.00 | 2,291.34 |
| 7212 | 80 | GA45-125 AP 460V RXD Compressor | 24,550.00 | 17,798.86 |

| | | |
|---|---:|---:|
| Total Depreciation Expense | 724,977.99 | 140,589.33 |

## HAYDALE CERAMIC TECHNOLOGIES, LLC
## DEPRECIATION EXPENSE
## FY 2025

| Description | Cost | Net Book Value |
|---|---:|---:|
| Leasehold Improvements | 12,539.85 | 2,298.85 |
| Machinery & Equipment | 6,027,526.25 | 2,594,360.82 |
| Furniture & Fixtures | 371,888.14 | 69,892.60 |

| | | |
|---|---:|---:|
| Auto & Truck | 40,000.00 | - |
| | | |
| Total Depreciation | 6,451,954.24 | 2,666,552.27 |
| | | |
| | | |
| Maintenance - Dept.10 | 69,480.37 | 15,084.14 |
| Technical - Dept 20 | 356,032.46 | 105,457.76 |
| Whisker Manufacturing - Dept 30 | 2,594,000.00 | 1,500,749.83 |
| Blend Manufacturing - Dept 40 | 709,855.00 | 135,336.79 |
| Blanks Manufacturing - Dept 50 | 1,548,241.44 | 670,905.44 |
| Parts Manufacturing - Dept 60 | 449,366.98 | 98,428.98 |
| Facilities - Dept 80 | 724,977.99 | 140,589.33 |
| | | |
| Total Depreciation | 6,451,954.24 | 2,666,552.27 |

**Fill in this information to identify the case:**

Debtor name ___Haydale Ceramic Technologies, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 07/01/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $          1,090,498.00 |
   | **For prior year:** | From 07/01/2023<br>MM / DD / YYYY | to | 06/30/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $          4,202,106.00 |
   | **For the year before that:** | From 07/01/2022<br>MM / DD / YYYY | to | 06/30/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $          3,852,115.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
   | **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |

Debtor      Haydale Ceramic Technologies, LLC
_____    Case number *(if known)*_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|-----------------------------------------------------------|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor   Haydale Ceramic Technologies, LLC
_____     Case number (if known)_____
   Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>Case number<br><br>_____ | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Case title<br>_____<br><br>Case number<br><br>_____ | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Haydale Ceramic Technologies, LLC
_____
Name

Case number *(if known)*_____

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
|  | **Case title** _____ | **Court name and address** _____ Name |
|  | **Case number** _____ |  |
|  | **Date of order or assignment** _____ |  |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name |  | _____ | $_____ |
|  |  | _____ | $_____ |
| **Recipient's relationship to debtor** _____ |  |  |  |
| 9.2. _____ Recipient's name |  | _____ | $_____ |
|  |  | _____ | $_____ |
| **Recipient's relationship to debtor** _____ |  |  |  |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
|  | _____ | _____ | $_____ |

---

Debtor    Haydale Ceramic Technologies, LLC
_____
Name

Case number *(if known)*_____

---

| Part 6: | Certain Payments or Transfers |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree Leitman Klein & Geer, LLC | | 02/2025 | $ 51,738.00 |
| | **Address** | | | |
| | 2987 Clairmont Rd<br>Suite 350<br>Atlanta, GA 30329 | | | |
| | **Email or website address**<br>www.rlkglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor    Haydale Ceramic Technologies, LLC
          _____          Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | | |
| 13.2. _____ | | _____ | $_____ |
| Address | | | |
| Relationship to debtor | | | |
| _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

| Debtor | Haydale Ceramic Technologies, LLC | Case number (if known) |
|--------|------------------------------------|------------------------|
|        | Name                               |                        |

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Haydale Ceramic Technologies, LLC
_____    Case number *(if known)*_____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

Debtor    Haydale Ceramic Technologies, LLC
_____    Case number *(if known)*_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor      Haydale Ceramic Technologies, LLC
_____
Name                                                                              Case number (if known)_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |

---

| Debtor | Haydale Ceramic Technologies, LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Mark Crosby | From 03/11/2024 |
| Name | |
| 410 Heather Falls Lane, Simpsonville, SC 29681 | To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Marvin Murrell | From 01/01/2015 |
| Name | |
| 462 Twin Springs Drive, Spartanburg, SC 29301 | To 04/01/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | |
| | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | |
| | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |

---

Debtor    Haydale Ceramic Technologies, LLC
_____    Case number *(if known)*_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | Haydale Ceramic Technologies, LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2.  _____ | | |
| Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Simon Turek | Clos Fferws, Parc Hendre, Capel Hendre, Ammanford, Wales SA18 3BL, UK, | Manager | 0.00 |
| Haydale Graphene Industries | Clos Fferws, Parc Hendre, Capel Hendre, Ammanford, Wales SA18 3BL, UK, | Owner of Entities that Own 100% of Debtor | |
| ACMC Holding, Inc. | , | Sole Member | 100 |
| Haydale Technologies Inc. | , | Owner of ACMC Holding, Inc. | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Keith Broadbent | same as Haydale Graphene Industries | Shareholder representative/Manager | 01/01/2019  To 01/01/2025 |
| Tom Quantrille | 224 Stable Gate Drive, Campobello, SC 29322 | President | 01/01/2015  To 12/01/2024 |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Thomas Quantrille | 265,651.05 | _____ | |
| Name | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Officer | | | |

Debtor     Haydale Ceramic Technologies, LLC                                    Case number (if known)_____
           Name

---

**Name and address of recipient**                          202,221.78                    _____

30.2    William Brown                                                                     _____
        Name
                                                                                          _____

                                                                                          _____

**Relationship to debtor**                                                                _____

Officer

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Haydale Technologies, Inc. | EIN: 47-3044332 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| RETIREMENT PLAN FOR SALARIED EMPLOYEES OF ADVANCE | EIN: 58-1705799 |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/28/2025
               MM  / DD  / YYYY

✖ /s/ Simon Turek                                      Printed name    Simon Turek
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

---

Debtor Name   Haydale Ceramic Technologies, LLC                    Case number *(if known)*_____

### Continuation Sheet for Official Form 207

**17) Pension Contributions**

**RETIREMENT PLAN FOR          58-1705799
SALARIED EMPLOYEES OF
ADVANCED COMPOSITE
MATERIALS**

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Mark Crosby**

**Amount of money or description: $181,936.00**

**Dates: - , - , -**

**Reason:**

**---**

**Name and Address:**

**Marvin Murrell**

**Amount of money or description: $45,957.85**

**Dates: - , - , -**

**Reason:**

**---**

Attachment to SOFA #6

| Sum of Category/Product/Service amount | Column Labels | | | | |
|---|---|---|---|---|---|
| Row Labels | Nov | Dec | Jan | Feb | Grand Total |
| Marbro Realty, LLC | -43,076.00 | -43,076.00 | -43,076.00 | -36,000.00 | -165,228.00 |
| Kunshan Dar Kuan Development Limited | -64,940.00 | | | -64,940.00 | -129,880.00 |
| Zhuzhou New Cermets Matl Co. | | -40,100.00 | | -20,000.00 | -60,100.00 |
| FedEx | -14,953.75 | -31,213.49 | -8,777.69 | -1,079.67 | -56,024.60 |
| Fidelity Institutional Operations | -12,265.97 | -10,278.68 | -12,551.86 | -5,001.81 | -40,098.32 |
| Greer CPW - Bldg A | -13,596.38 | -10,225.82 | -9,322.99 | | -33,145.19 |
| Bluecross Blueshield of SC | | -21,533.89 | -1,849.17 | | -23,383.06 |
| Travelers (Business Auto/Comm Package) | | -11,796.70 | -9,732.40 | | -21,529.10 |
| Henan Wegcl New Material Co. LTD | -20,425.00 | | | -942.00 | -21,367.00 |
| Staffmark | -3,360.39 | -8,327.56 | -4,458.64 | | -16,146.59 |
| TNB Financial Services | -5,000.00 | -10,000.00 | | | -15,000.00 |
| NAC | -7,814.60 | -2,839.78 | | | -10,654.38 |
| Union Materials | | -4,940.00 | -4,940.00 | | -9,880.00 |
| United Parcel Service | -5,475.10 | -3,443.81 | -922.77 | -36.00 | -9,877.68 |
| Geise Graphite Supply | | -7,500.00 | | | -7,500.00 |
| SGL Carbon, LLC | -2,563.15 | | -4,837.55 | | -7,400.70 |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

Haydale Ceramic Technologies, LLC
_____ Chapter  _____ 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| ACMC Holding, Inc. , | 100 | Managing member |

United States Bankruptcy Court

Northern District of Georgia

In re: Haydale Ceramic Technologies, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

  The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____02/28/2025_____

/s/ Simon Turek
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

A10 Compressed Air Services, LLC
PO Box 245
Conestee, SC 29636

Advanced Graphite Machining USA LLC
12300 Snow Rd
Parma, OH 44130

Aggressive Grinding
PO Box 3898
Carol Stream, IL 60132

American Red Cross
25688 Network Pl
Chicago, IL 60673-1256

Baikowski International Corp
6601 NorthPark Blvd, Suite H
Charlotte, NC 28216

Bridgefield Casualty Ins
PO Box 32034
Lakeland, FL 33802

Canela Corp.
100 S. Alloy Drive
Fenton, MI 48430

CemeCon
315 Daniel Zenker Dr. , Bldg 500
Horseheads, NY 14845

Chemgard Inc.
1062 S Batesville Road
Greer, SC 29650

Cornerstone Family Medicine
8055 Wertman Rd
Fogelsville, PA 18051-1820

Cross Technologies, Inc.
dba Cross
PO BOX 746284
Atlanta, GA 30374-6284

Crown Lift Trucks
929 Berry Shoals Rd
Duncan, SC 29334

D & D Carbide Grinding, Inc
598 DEMING RD
Berlin, CT 06037

EDiamondTools
1145 W Shelly Ct.
Orange, CA 92868

Engineered Components & Packaging, LLC
Box 8000, Dept. 288
ATTN: Jennie Tanner
Buffalo, NY 14267

Euclid Refinishing Company, Inc.
2937 Industrial Park Drive
Austinburg, OH 44010

Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
ATLANTA, GA 30309-3996

FactoryLink Inc.
6810 N Territorial Road
Plymouth, MI 48170

FactoryLink, Inc.
Plymouth, MI 48170

FCT Systeme GmbH
Gewerbepark 16
Frankenblick, 96528

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

Geise Graphite Supply
25720 Briarwood Ct
Westlake, OH 44145

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Grainger
Dept. 803868553
Palatine, IL 60038-0001

Grant Thornton LLP
PO Box 532019
Atlanta, GA 30353-2019

Greenville Co Tax (Dept 391)
Department 391
PO Box 100224
Columbia, SC 29202-3224

Greenville County Tax Collector
301 University Ridge
Greenville, SC 29601

Greenville County Tax Collector (Dept 390)
Department 390
PO Box 100221
Columbia, SC 29202-3221

Greer CPW - Bldg A
PO Box 216
Greer, SC 29652-0216

Guangzhou Fang Dun Machinery Equipment Ltd., Co
5 Magang Si Xiang Wenchong St
Guangzhou City, 510700
Guangdong Province, P.R.China,

Hartford Insurance Co
PO Box 101007
ATLANTA, GA 30392-1007

Haydale Graphene Industries
Clos Fferws, Parc Hendre,Capel Hendre
Ammanford SA18 3BL
United Kingdom,

Haydale Limited
Clos Fferws Parc
HendreCapel Hendre
Ammanfoard, SA183BL

Haydale Technologies, Inc.
1446 S Buncombe Road
Greer, SC 29651

Helwig Carbon Products, Inc.
8900 W Tower Ave
Milwaukee, WI 53224

Henan Wegcl New Material Co. LTD
No. 6 Cuizhu Street, High-Tech Zone
Zhengzhou, PA

Henan Wegcl New Materials Co., Ltd
No. 6 Cuizhu Street
High-Tech Zone Zhengzhou, Henan 0

HRP Associates, Inc
197 Scott Swamp Rd
Farmington, CT 06032

Hyperion Materials & Technologies
PO Box 3898
Carol Stream, IL 60132-3898

Indexable Cutting Tools of Canada
66 Clark St
Welland
Ontario Canada, L3B5W6

INLASE, LLC
125 Hidden Hollow Way
Ben Lomond, CA 95005

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

J. J. Keller
PO BOX 735492
Chicago, IL 60673-5492

Kohler Design Corp
1750 SW 3rd St Ste D
Corvallis, OR 973331700

Kunshan Dar Kuan Development Limited
Modern Plaza 2007
No. 18 Wei Ye Road
Kunshan, China,

Kuraray America, Inc
2625 Bay Area Blvd., Suite 600
Houston, TX 77058

Linde Gas & Equipment Inc.
Dept. 0812
PO Box 120812
Dallas, TX 75312-0812

Mapal Limited
Swift Park, Old Leicester Road
Rugby, Warwickshire CV21 1DZ

Marbro Realty, LLC
1200 Woodruff Road, Unit H29
Greenville, SC 29607

MC Sales
15581 Computer Lane
Huntington Beach, CA 92649

MC Tool, Inc.
Huntington Beach, CA 92649

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

Messer LLC
88718 Expedite Way
Chicago, IL 60695-1700

MetLife Small Business Center
PO BOX 804466
Kansas City, MO 64180-4466

Momentum Telecom Inc
29361 Network Place
Chicago, IL 60673-1293

Morris Business Solutions
PO Box 1349
Duncan, SC 29334

NAC
5720 Ellis Rd
Orchard Park, NY 14127

Nelson Mullins Riley & Scarborough
Attn: Accounts Receivable
PO Drawer 11009
Columbia, SC 29211

PBGC
PO Box 151750
Alexandria, VA 22315

PIP Printing
1846 Old Highway 14 S
Greer, SC 29651

Pitney Bowes
Global Financial Services LLC
PO Box 981026
Boston, MA 02298

Precision Weighing
1949 Evans Rd
Cary, NC 27513

R.W. Curtis Industrial Services, LLC
PO Box 525
Conestee, SC 29636

Redblue
PO Box 19230
Charlotte, NC 28219

RMI, LLC
639 Chapin Rd
Chapin, SC 29039

Ron Wallace & Associates
1201 Old North Main St.
Clover, SC 29710

Ron Wallace & Associates, Inc.
1201 Old N Main St
Clover, SC 29710

Rosenfeld Einstein
870 S Pleasantburg Dr
Greenville, SC 29607

SC MEP
250 Executive Center Dr
Suite 200
Greenville, SC 29615

Scott Sales
801 Islington St.
Portsmouth, NH 03801

Scott Sales Company, LLC
801 Islington St
Portsmouth, NH 03801

SGL Carbon, LLC
PO Box 5830
Carol Stream, IL 60197-5830

SILAR CERAMIC TECHNOLOGIES, LLC
410 Heather Falls Lane
Simpsonville, SC 29681

South Carolina Department of Revenue
PO Box 125
Columbia, SC 29214

Staffmark
ATTN: JP Morgan
PO Box 734575
Chicago, IL 60673

Synovus Bank
PO Box 1071
Columbus, GA 31902-1071

TA Sales & Marketing
3195 Dayton Xenia Rd #900-363
Beavercreek, OH 45434

TA Sales & Marketing, Inc
3195 Dayton Xenia Rd
#900-363
Beavercreek, OH 45434

TCI
974, Kato, Kariya, Ako-City
Hyogo, AK 678-0239

Thermal Products Co., Inc.
4520 S Berkeley Lake Rd
Norcross, GA 30071-1639

TIMES UNION TECHNOLOGY INVESTMENT LIMITED
91 Smirrells Road
Birmingham , B28 0LA

TNB Financial Services
706 E Washington St
Greenville, SC 29605

Tom Paine Group
PO Box 2152
Mansfield, TX 76063

Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Travers Tool - South Carolina
PO Box 36114
Newark, NJ 07188-6114

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

Union Materials
12th floor, OCI building, Sogong-ro 94
Jung-gu, Seoul, Kore

United Parcel Service
PO Box 809488
Chicago, IL 60680-9488

US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

Worldwide Express
PO BOX 733360
Dallas, TX 75373

Yusen Logistics (Americas) Inc.
Dept AT 952154
Atlanta, GA 31192-2154

Yusen Logistics (Americas), Inc.
Dept. AT 952154
Atlanta, GA 31192

Zhuzhou New Cermets Materials Co. Ltd.
No. 101 Building A5, SME Dev Pk Huang North Road
Huang North Road Tianyuan District
Zhozhou 412007 China,

Zhuzhou New Cermets Matl Co.
No. 101 Building A5, SME Dev Pk,
Huange North Rd. Tianyuan Dist
Zhuzhou, 412007

# United States Bankruptcy Court

Northern District of Georgia

**In re** Haydale Ceramic Technologies, LLC

Case No. _____

**Debtor**

Chapter $^{11}$ _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 51,738.00_____

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 0.00_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney: Standard Hourly Rate:

William A. Rountree $595.00

Will B. Geer $595.00

Michael Bargar $535.00

Hal Leitman $425.00

David S. Klein $495.00

Alexandra Dishun $425.00

Elizabeth Childers $425.00

Ceci Christy $425.00

Caitlyn Powers $375.00

Shawn Eisenberg $300.00

William Matthews $425.00

Paralegals: Standard Hourly Rate:

Dorothy Sideris   $225.00

Elizabeth Miller $290.00

Megan Winokur $175.00

Catherine Smith $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

None

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/28/2025

*Date*

/s/ William Rountree, 616503

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*
2987 Clairmont Road
Suite 350
Atlanta, GA 30329

**Supplemental List of Creditors**

Aggressive Grinding
PO Box 3898
Carol Stream, IL 60132

Canela Corp.
100 S. Alloy Drive
Fenton, MI 48430

EDiamondTools
1145 W Shelly Ct
 Orange, CA 92868

Euclid Refinishing Company, Inc.
2937 Industrial Park Drive
Austinburg, OH 44010

Kunshan Dar Kuan Development Limited
Modern Plaza 2007 No. 18
Wei Ye Road, Kunshan, China

Redblue
PO Box 19230
Charlotte, NC 28219

MC Tool, Inc.
15581 Computer Lane
Huntington Beach, CA 92649

Tom Paine Group
PO Box 2152
Mansfield, TX 76063